**FILED**
**CLERK**

1:18 pm, Jul 29, 2020

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JASON CAMACHO, ON BEHALF OF HIMSELF
AND ALL OTHER PERSONS SIMILARLY
SITUATED,

                  Plaintiffs,

                  v.

DR. MARTENS AIRWAIR USA LLC

                  Defendant.

Case No.:
2:19-cv-07009-GRB-AKT

**JOINT STIPULATION OF
DISMISSAL WITH
PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff, JASON CAMACHO, ON

BEHALF OF HIMSELF AND ALL OTHER PERSONS SIMILARLY SITUATED, and Defendant,

DR. MARTENS AIRWAIR USA LLC, by and through their undersigned counsel, pursuant to

Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned action is dismissed *with prejudice* in its entirety,

with each party to bear its own fees and costs.

Dated: Melville, NY
      July 23, 2020

**LAW OFFICE OF DARRYN G.
SOLOTOFF, PLLC**

By:_____
Darryn Solotoff, Esq.
*Attorney for Plaintiff*
25 Melville Park Road, Suite 108
Melville, New York 11747
Tel: 516.695.0052
ds@lawsolo.net

**BRYAN CAVE
LEIGHTON PAISNER LLP**

By:_____
Jonathan E. Ginsberg
*Attorney for Defendant*
1290 Avenue Of The Americas
New York, New York 10104
Tel: 212-541-1130
jon.ginsberg@bclplaw.com

Dated: 7/29/2020
So Ordered.  The Clerk of the Court is directed to close this case.
/s/ *Gary R. Brown*
GARY R. BROWN, U.S.D.J.

602263002.1